## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SHERRI PRATHER,**

     **Plaintiff,**

**v.**                               **No. 13-cv-0963 MV/SMV**

**McLANE FOODSERVICE, INC.**
**and MAURICE PEREA,**

     **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       February 4, 2014, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for February 4, 2014, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.