IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERRI PRATHER,

    Plaintiff,

v.     No. 13-cv-0963 MV/SMV

McLANE FOODSERVICE, INC.
and MAURICE PEREA,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     March 20, 2014, at 10:00 a.m.

**Matter to be heard**:  Status Conference

Pursuant to the parties' joint request, a telephonic status conference is hereby set for **March 20, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery, whether discovery deadlines should be extended, and whether to reschedule the settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.