IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERRI PRATHER,

    Plaintiff,

v.                                                                    No. 13-cv-0963 MV/SMV

McLANE FOODSERVICE, INC.
and MAURICE PEREA,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:     June 2, 2014, at 11:00 a.m.

**Matter to be heard**:   Plaintiff's Motion for Extension of Deadline for Expert Disclosures and Request for Expedited Hearing [Doc. 40]

**IT IS ORDERED** that a telephonic hearing on Plaintiff's Motion for Extension of Deadline for Expert Disclosures and Request for Expedited Hearing [Doc. 40] is hereby set for **June 2, 2014, at 11:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

                                                                                              _____
                                                                                      **STEPHAN M. VIDMAR**
                                                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.