IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERRI PRATHER,

             Plaintiff,

v.                                           No. 2:13-cv-00963-MV/SMV

MCLANE FOODSERVICE, INC. and
MAURICE PEREA,

             Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND TIME TO DISCLOSE REBUTTAL EXPERTS

THIS MATTER having come before the Court on the Unopposed Motion to Extend Time to Disclose Rebuttal Experts, this Court, having reviewed the motion, having noted that the motion is unopposed, finding good cause shown for the extension, and being otherwise fully informed, FINDS that the motion is well-taken and will be GRANTED.

Therefore, Defendants shall disclose all experts on or before August 22, 2014.

_____
The Hon. STEPHAN M. VIDMAR
United States Magistrate Judge

PREPARED BY:

BUTT THORNTON & BAEHR PC

*/s/ Geoffrey D. White*
Paul T. Yarbrough
Monica R. Garcia
Geoffrey D. White
Attorneys for Defendants
P.O. Box 3170
Albuquerque NM  87190-3170
Telephone: (505) 884-0777
ptyarbrough@btblaw.com
mrgarcia@btblaw.com
gdwhite@btblaw.com

STIPULATED AS TO FORM:

ALMANZAR & YOUNGERS, P.A.

*/s Approved by J. Youngers via email on 08/14/2014*
Joleen K. Youngers
Stephen R. Almanzar
Attorneys for Plaintiff
P. O. Box 7256
Las Cruces, NM  88006
Telephone: (575) 541-8000
jyoungers@ay-law.com
steve@ay-law.com